# Order

Michigan Supreme Court
Lansing, Michigan

May 1, 2018

156069

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

RICARDO WARREN EDMONDS,
    Defendant-Appellant.
_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 156069
COA: 336347
Oakland CC: 2012-242058-FH

On order of the Court, the application for leave to appeal the May 12, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2018



Clerk

d0423